AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Robin Freund | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-CV-00217 (VEC) |
| Carolyn Colvin | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robin Freund, Plaintiff.

Date: 02/10/2016

*Attorney's signature*

Carolyn A. Kubitschek, 1428762
*Printed name and bar number*

Lansner & Kubitschek
325 Broadway, Suite 203
New York, NY 10007
*Address*

ckubitschek@lanskub.com
*E-mail address*

(212) 349-0900
*Telephone number*

(212) 349-0694
*FAX number*